UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| **MILLER SR., EARL L.T.** | ) | Bankruptcy Case No. 16-82943 TML |
| **MILLER, VICKIE L.** | ) | Chapter 7 |
| | ) | |
| Debtor(s). | ) | |

## CERTIFICATE OF SERVICE

The undersigned certifies that on December 18, 2017, I served by prepaid first class mail a copy of the Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object (NFR) on all parties listed below at the addresses contained therein.

MILLER SR., EARL L.T.
MILLER, VICKIE L.
P.O. BOX 832
CLINTON, IA 52733

DAVID H. CARTER
ROCKFORD BANKRUPTCY CLINIC, PC
ONE COURT PLACE, SUITE 401
ROCKFORD, IL 61101
*(Via ECF Notification Only)*

IRS
P.O. Box 7317
Philadelphia, PA 19101-7317

Quantum3 Group LLC as agent for
Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
MOMA Funding LLC
PO Box 788
Kirkland, WA 98083-0788

Verizon
by American InfoSource LP as agent
P.O. Box 248838
Oklahoma City, OK 73124-8838

U.S. Bank National Association
Bankruptcy Department
PO Box 5227
Cincinnati, OH 45201-5227

CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA
PO BOX 82609
LINCOLN, NE 68501-2609

/s/ Debbie M. Harris
JAMES E. STEVENS, Trustee
6833 Stalter Drive
Rockford, IL 61108
(815) 962-6611
jstevens@bslbv.com