# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: MILLER SR., EARL L.T. § Case No. 16-82943
      MILLER, VICKIE L. §
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $105,200.00 *(without deducting any secured claims)* | Assets Exempt: $4,500.00 |
| Total Distribution to Claimants: $11,899.45 | Claims Discharged Without Payment: $42,339.35 |
| Total Expenses of Administration: $2,223.84 | |

3) Total gross receipts of $ 14,123.29 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $14,123.29 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $176,357.33 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,223.84 | 2,223.84 | 2,223.84 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 1,463.00 | 178.98 | 178.98 | 178.98 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 52,249.32 | 14,851.86 | 14,851.86 | 11,720.47 |
| **TOTAL DISBURSEMENTS** | $230,069.65 | $17,254.68 | $17,254.68 | $14,123.29 |

4) This case was originally filed under Chapter 7 on December 21, 2016. The case was pending for 13 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/14/2018            By: /s/JAMES E. STEVENS
                                 Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2006 Dodge | 1129-000 | 14,123.29 |
| **TOTAL GROSS RECEIPTS** | | **$14,123.29** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Bank of the West | 4110-000 | 7,657.33 | N/A | N/A | 0.00 |
| NOTFILED | Warren Transportation | 4110-000 | 150,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Financial | 4110-000 | 12,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Ascentra Credit Union | 4110-000 | 6,700.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$176,357.33** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JAMES E. STEVENS | 2100-000 | N/A | 2,162.33 | 2,162.33 | 2,162.33 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 20.31 | 20.31 | 20.31 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Other - Rabobank, N.A. | 2600-000 | | N/A | 19.60 | 19.60 | 19.60 |
| Other - Rabobank, N.A. | 2600-000 | | N/A | 21.60 | 21.60 | 21.60 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $2,223.84 | $2,223.84 | $2,223.84 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1P | IRS | 5800-000 | 1,463.00 | 178.98 | 178.98 | 178.98 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $1,463.00 | $178.98 | $178.98 | $178.98 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1U | IRS | 7100-000 | N/A | 70.03 | 70.03 | 55.26 |
| 2 | Quantum3 Group LLC as agent for | 7100-000 | N/A | 926.23 | 926.23 | 730.94 |
| 3 | Quantum3 Group LLC as agent for | 7100-000 | 3,258.57 | 3,711.15 | 3,711.15 | 2,928.69 |
| 4 | Verizon | 7100-000 | N/A | 639.45 | 639.45 | 504.63 |
| 5 | U.S. Bank National Association | 7100-000 | 8,566.46 | 8,099.29 | 8,099.29 | 6,391.62 |
| 6 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA | 7100-000 | 1,216.33 | 1,405.71 | 1,405.71 | 1,109.33 |
| NOTFILED | Home Depo | 7100-000 | 763.32 | N/A | N/A | 0.00 |
| NOTFILED | Farm & Fleet | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Comen ity-toyota rewards visa | 7100-000 | 447.35 | N/A | N/A | 0.00 |
| NOTFILED | CityOf Clinton | 7100-000 | 499.00 | N/A | N/A | 0.00 |
| NOTFILED | Shell | 7100-000 | 1,023.78 | N/A | N/A | 0.00 |
| NOTFILED | Synchrony | 7100-000 | 6,174.17 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Kohls | 7100-000 | 279.09 | N/A | N/A | 0.00 |
| NOTFILED | US Dept. Education | 7100-000 | 14,804.07 | N/A | N/A | 0.00 |
| NOTFILED | Iowa American Water | 7100-000 | 122.46 | N/A | N/A | 0.00 |
| NOTFILED | Web Emergency Mediciane | 7100-000 | 549.76 | N/A | N/A | 0.00 |
| NOTFILED | Bank of the West | 7100-000 | 14,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Amazon card services | 7100-000 | 264.75 | N/A | N/A | 0.00 |
| NOTFILED | CityOf Clinton | 7100-000 | 280.21 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $52,249.32 | $14,851.86 | $14,851.86 | $11,720.47 |

**UST Form 101-7-TDR (10/1/2010)**

Case 16-82943    Doc 34    Filed 03/07/18    Entered 03/07/18 16:10:16    Desc Main
              Document         Page 6 of 8

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-82943  
**Case Name:** MILLER SR., EARL L.T.  
    MILLER, VICKIE L.  
**Period Ending:** 02/14/18  

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 12/21/16 (f)  
**§341(a) Meeting Date:** 02/09/17  
**Claims Bar Date:** 11/14/17  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Cash | 100.00 | 0.00 | | 0.00 | FA |
| 2 | checking: Aegis Credit Union, Clinton Iowa | 100.00 | 0.00 | | 0.00 | FA |
| 3 | savings: Aegis Credit Union, Clinton Iowa | 100.00 | 0.00 | | 0.00 | FA |
| 4 | necessary household goods and furnishings | 1,500.00 | 0.00 | | 0.00 | FA |
| 5 | necessary wearing apparel | 400.00 | 0.00 | | 0.00 | FA |
| 6 | Employee provided term policy-zero value | 0.00 | 0.00 | | 0.00 | FA |
| 7 | employee provided term policy-zero value | 0.00 | 0.00 | | 0.00 | FA |
| 8 | pension: Warn Transport Pension | 1,000.00 | 0.00 | | 0.00 | FA |
| 9 | 3 EVM Trucking LLC | 0.00 | 0.00 | | 0.00 | FA |
| 10 | 2006 Dodge | 8,000.00 | 0.00 | | 14,123.29 | FA |
| 11 | 2014 Prius | 12,000.00 | 0.00 | | 0.00 | FA |
| 12 | 2016 Freightliner | 90,000.00 | 0.00 | | 0.00 | FA |
| 12 | **Assets** **Totals** (Excluding unknown values) | **$113,200.00** | **$0.00** | | **$14,123.29** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** November 20, 2017     **Current Projected Date Of Final Report (TFR):** November 20, 2017 (Actual)

Printed: 02/14/2018 09:36 AM     V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 16-82943 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MILLER SR., EARL L.T. | | Bank Name: | Rabobank, N.A. |
| | MILLER, VICKIE L. | | Account: | ******1266 - Checking Account |
| Taxpayer ID #: | **-***3966 | | Blanket Bond: | $4,396,000.00 (per case limit) |
| Period Ending: | 02/14/18 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/31/17 | {10} | Ascentra Credit Union | overpayment on Dodge automobile (non exempt portion) | 1129-000 | 14,123.29 | | 14,123.29 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 20.31 | 14,102.98 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 19.60 | 14,083.38 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 21.60 | 14,061.78 |
| 01/11/18 | 101 | JAMES E. STEVENS | Dividend paid 100.00% on $2,162.33, Trustee Compensation; Reference: | 2100-000 | | 2,162.33 | 11,899.45 |
| 01/11/18 | 102 | Quantum3 Group LLC as agent for | Dividend paid 78.91% on $926.23; Claim# 2; Filed: $926.23; Reference: | 7100-000 | | 730.94 | 11,168.51 |
| 01/11/18 | 103 | Quantum3 Group LLC as agent for | Dividend paid 78.91% on $3,711.15; Claim# 3; Filed: $3,711.15; Reference: | 7100-000 | | 2,928.69 | 8,239.82 |
| 01/11/18 | 104 | Verizon | Dividend paid 78.91% on $639.45; Claim# 4; Filed: $639.45; Reference: | 7100-000 | | 504.63 | 7,735.19 |
| 01/11/18 | 105 | U.S. Bank National Association | Dividend paid 78.91% on $8,099.29; Claim# 5; Filed: $8,099.29; Reference: | 7100-000 | | 6,391.62 | 1,343.57 |
| 01/11/18 | 106 | CAPITAL ONE BANK (USA), N.A. - CABELA'S CLUB VISA | Dividend paid 78.91% on $1,405.71; Claim# 6; Filed: $1,405.71; Reference: | 7100-000 | | 1,109.33 | 234.24 |
| 01/11/18 | 107 | IRS | Combined Check for Claims#1U,1P | | | 234.24 | 0.00 |
| | | | Dividend paid 78.91% on $70.03; Claim# 1U; Filed: $70.03 | 7100-000 | 55.26 | | 0.00 |
| | | | Dividend paid 100.00% on $178.98; Claim# 1P; Filed: $178.98 | 5800-000 | 178.98 | | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 14,123.29 | 14,123.29 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 14,123.29 | 14,123.29 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $14,123.29 | $14,123.29 | |

{} Asset reference(s)

Printed: 02/14/2018 09:36 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 16-82943 | | **Trustee:** | JAMES E. STEVENS (330420) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MILLER SR., EARL L.T. | | **Bank Name:** | Rabobank, N.A. |
| | MILLER, VICKIE L. | | **Account:** | ******1266 - Checking Account |
| **Taxpayer ID #:** | **-***3966 | | **Blanket Bond:** | $4,396,000.00  (per case limit) |
| **Period Ending:** | 02/14/18 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |

| | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| **TOTAL - ALL ACCOUNTS** | | | |
| **Checking # ******1266** | **14,123.29** | **14,123.29** | **0.00** |
| | $14,123.29 | $14,123.29 | $0.00 |

{} Asset reference(s)    Printed: 02/14/2018 09:36 AM    V.13.32